| | |
|---|---|
| | JS-6 |

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA BELLO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KINECTA FEDERAL CREDIT UNION; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:19-cv-08727-RGK-KS<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Maricela Bello and Defendant Experian Information Solutions, Inc. ("Defendant") have announced to the Court that all matters in controversy against Defendant have been resolved. A Stipulation of Dismissal with Prejudice of Experian Information Solutions, Inc. has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Defendant Experian Information Solutions, Inc., the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Maricela Bello and Experian Information Solutions,

Inc. are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 9th day of February 2020.

_____
**HONORABLE R. GARY KLAUSNER**
UNITED STATES DISTRICT JUDGE